# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA COLLINS,<br><br>       Plaintiff,<br><br>vs.<br><br>LOS ANGELES POLICE DEPARTMENT; CITY OF LOS ANGELES; DOES 1 through 50,<br><br>       Defendants. | CASE NO. 2:18−cv−224 AB (PLAx)<br>[*Hon. Judge Andre Birotte, Jr. Ctrm. 7B*]<br>[*Hon. Mag. Paul L. Abrams, Ctrm. 780*]<br><br>**ORDER RE: VOLUNTARY DISMISSAL THROUGH STIPULATION** |

    GOOD CAUSE HAVING BEEN SHOWN, and for the reasons set forth in the Joint Voluntary Dismissal, the following is hereby ordered:

    The action be dismissed in its entirely, against all parties, with prejudice.

    Each party is responsible for its own costs and fees, waiving recovery of fees and costs.

IT IS SO ORDERED.

Dated: October 3, 2019     _____
                                          ANDRE BIROTTE JR.
                                          Judge of the United States District Court